UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-10-910 |
| | § | |
| RAMIRO VELASCO-GARCIA | § | |

## VERDICT OF THE COURT

Upon waiver by the defendant of trial by jury, the Court convened a trial on November 30, 2010, and the Court heard the evidence and arguments of counsel.  The Court finds beyond a reasonable doubt that the defendant is guilty of the offense and enters a verdict of guilty as to Count One of the Indictment.

The Court finds beyond a reasonable doubt that the defendant did travel in interstate or foreign commerce, from Chicago, Illinois to Brooks County, Texas, with intent to distribute approximately fifty thousand five hundred sixty dollars ($50,560.00) in U.S. currency, which the defendant knew was the proceeds of an unlawful activity, namely, the importation, sale, and distribution of narcotic and dangerous drugs in violation of Title 21, United States Code, Section 841(a)(1), and thereafter, performed or attempted to perform an act to distribute the proceeds of this unlawful activity by attempting to deliver the proceeds of the said unlawful activity to unknown persons in McAllen, Texas;  i.e., *first*, that the defendant traveled in interstate or foreign commerce; *second*, that the defendant traveled in interstate or foreign commerce with the specific intent to distribute the proceeds of the unlawful activity; and *third*, that the defendant knowingly and willfully committed an act in furtherance of distributing the proceeds of the unlawful activity by performing or attempting to perform an act to distribute the proceeds of the unlawful activity to unknown persons in McAllen, Texas.

A presentence investigation report is ordered. Sentencing is set for Wednesday, February 9, 2011, at 2:00 o'clock p.m.

SIGNED and ORDERED this 30th day of November, 2010.

*Janis Graham Jack*
Janis Graham Jack
United States District Judge